## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | |
|---|---|
| Oil for America Exploration, LLC, | |
| Plaintiff, | **ORDER** |
| vs. | |
| Black Viper Energy Services, Ltd., | |
| Defendant. | Case No. 1:11-cv-038 |

On October 14, 2011, the parties filed a Stipulation for Dismissal. The court **ADOPTS** the parties stipulation (Docket No. 23) and **ORDERS** that the above-entitled action be **DISMISSED** with prejudice and without costs to either party.

Dated this 19th day of October, 2011.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court